

**U.S. Department of Justice**

Office of the United States Trustee

*Northern District of New York (Albany Division),*
*Southern District of New York (Poughkeepsie Division), and*
*District of Vermont*

---

*Leo O'Brien Federal Building*
*11A Clinton Ave Room 620*
*Albany, New York 12207*
*voice (518) 434-4553*
*fax   (518) 434-4459*

# MEMORANDUM

TO:         U.S. Bankruptcy Court

FROM:       Amy Hutzel, Legal Assistant

SUBJECT:    Trustee Reassignment/ Conflict

Case Name: Heidi Benjamin

Case No.: 25-10830

DATE:       8/20/25

*********************************************************************

Due to a conflict of interest, Christian Dribusch, Esq, cannot accept this case.

FOR COURT USE ONLY

The newly assigned trustee is: Philip J. Danaher - Trustee

The 341(a) meeting date is: 09/19/2025 at 10:00 a.m, in Zoom Hearing, NY

Automation    ES    dated 08/20/25

CA    _____ dated ___/___/___

Financial _____ dated ___/___/___