UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
IN RE:

                                              CHAPTER 7

HEIDI LYNN BENJAMIN,              CASE NO.: 25-10830-1-rel

        Debtor.

---------------------------------------------------------------

## NOTICE OF APPEARANCE
## AND REQUEST FOR ALL NOTICES

    Hinman, Howard & Kattell LLP, as attorneys for Titan Roofing, Inc., claimant and party in interest, hereby enter its appearance in this case, As directed by Federal Rule of Bankruptcy Procedure 9010(b), the attorney's name, office address, telephone number and FAX number are:

                Hinman, Howard & Kattell LLP
                10 Airline Drive, Suite 205
                Albany, New York 12205
                (518) 869-5552
                (518) 869-4222 fax

    Titan Roofing, Inc. hereby requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure to be given, including notices under Rule 2002(i), be given to it by service upon its attorneys at the address shown above in addition to the addresses already on record with this Court.

Dated October 20, 2025

                                            _____
                                            Paul C Marthy
                                            Bar Roll No. 505437
                                            Walter G. Breakell
                                            Bar Roll Number 301080
                                            HINMAN, HOWARD & KATTELL LLP
                                            *Attorneys for Titan Roofing, Inc.*
                                            Office and P.O. Address
                                            10 Airline Drive
                                            Albany, New York 12205
                                            (518) 869-5552