

WWW.FAIRBANKSFLETCHER.COM
INFO@FAIRBANKSFLETCHER.COM
*SERVICE NOT ACCEPTED BY FAX OR EMAIL*

FAIRBANKS FLETCHER LAW PLLC
178 ELM ST., STE. 4, SARATOGA SPRINGS, NY 12866
TEL 518-581-8600   FAX 518-581-1672

October 20, 2025

Hon. Patrick G. Radel
United States Bankruptcy Judge
U.S. Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 330
Albany, NY 12207

Re:   Heidi Lynn Benjamin
      Chapter 7 #25-10830

Dear Honorable Sir:

By this letter, I am respectfully requesting delay of the discharge for 14 days to give the creditor time to file a currently circulating reaffirmation agreement. If this request is acceptable to the court, kindly mark this correspondence "So Ordered."

Thank you for your courtesy in considering this request.

Very truly yours,

Elizabeth Fairbanks-Fletcher, Esq.
*elizabeth@fairbanksfletcher.com*