UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In re:  HEIDI LYNN BENJAMIN,                                **NOTICE OF MOTION**
                                                            Chapter 7
                                                            CASE NO.: 25-10830-1-rel
                   Debtor.

---

PLEASE TAKE NOTE, that upon the Application of Hinman, Howard & Kattell LLP, Walter G. Breakell/Paul C. Marthy of counsel, attorneys for Applicant, Titan Roofing, Inc., a secured creditor, together with the Exhibits annexed hereto, a motion will be made at a motion term of this Court located at the James T. Foley United States Courthouse, 445 Broadway, Suite 330, Albany, New York 12207 before the Honorable Patrick G. Radal, Justice of the United States Bankruptcy Court for the Northern District of New York, to be held on the 25th day of November, 2025 at 10:00 a.m., or as soon thereafter as counsel can be heard, for an Order of this Court pursuant to Rule 4001 (a) of 11 USC § 362 which grants relief to Applicant from the automatic stay of proceeding to allow the Applicant to amend its Mechanic's Lien Foreclosure action to include the Debtor as the current Owner of the premises subject to the lien, and to allow the Mechanic's Lien Foreclosure action to proceed to Judgment of Foreclosure and Sale, together with such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that objections, if any, to the relief requested herein shall be in writing, shall state with particularity the grounds for the objection, shall be filed with the Clerk for the Bankruptcy Court and served upon the undersigned counsel for the Applicant at least three (3) days prior to the return date and upon any other person whose interests would be affected if the objection is sustained.

Dated: October 20, 2025

Respectfully Submitted,

HINMAN, HOWARD & KATTELL LLP

By: *Paul C. Marthy*
Paul C. Marthy (BR# 505437)
*Attorneys for Titan Roofing, Inc.*
10 Airline Drive, Suite 205
Albany, New York 12205
(518) 869-5552

To: Clerk of the United States Bankruptcy Court
Northern District of News York
James T. Foley United States Courthouse
445 Broadway, Suite 330
Albany, New York 12207

Elizabeth Fairbanks-Fletcher, Esq.
Fairbanks Fletcher Law PLLC
*Attorneys for Debtor*
*Heidi Lynn Benjamin*
178 Elm Street, Suite 4
Saratoga Springs, New York 12866

Philip J. Danaher, Trustee
Law Office of Philip J. Danaher
77 Troy Road
East Greenbush, New York 12061

United States Trustee
Office of the United States Trustee
Leo W. O'Brien Federal Building
11A Clinton Avenue, Room 620
Albany, New York 12207

Michael J. Reilly
73 Troy Road
East Greenbush, New York 12061

New York State Commissioner of Taxation and Finance
Civil Enforcement Division
W.A. Harriman Campus
Albany, New York 12227

New York State Department of Labor
Building 12
W. A. Harriman Campus
Albany, New York 12226

City of Troy, New York
433 River Street, Suite 5001
Troy, New York 12180

Family Danz Mechanical, LLC
404 North Pearl Street
Albany, New York 12207