# EXHIBIT "E"

# AFFIDAVIT OF SERVICE

R. D. WELLS ATTORNEY SERVICES                                             Index # EF2025-279995

SUPREME COURT,                                                            RENSSELAER COUNTY

---

TITAN ROOFING, INC.,

                                         Plaintiff

           Against

                                         Defendant

TAKK HOUSE LLC, et al,

---

STATE OF NEW YORK
COUNTY OF ALBANY

**Robert Wells,** being duly sworn, deposes and says that he/she is over the age of eighteen(18) years; that on **7/1/2025** at the office of the Secretary of State, of the State of New York in the City of Albany, New York he/she served the **Summons & Verified Complaint with Exhibits, Notice of Pendency & Notice of Electronic Filing** annexed on **TAKK HOUSE LLC**,

Defendant in this action, by delivering to and leave with **Scott Jones** an authorized agent in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00 dollars. That said service was made pursuant to Section **303**, Limited Liability Company Law.

Deponent further says that he/she knew the person so served **Scott Jones** as aforesaid to be an authorized agent in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he/she describes the person actually served as follows:

Sex: Male  Skin Color: White  Hair Color: Brown  Age(approx) 40/50  Height (approx) 5'10  Weight (approx) 220

Other Identifying Features:

_____
Robert Wells

I Affirm on this date, 7/3/2025                      Wells Attorney Service
Under penalties of perjury under the laws of        P. O. Box 3931
New York, which may include a fine or               Albany, N.Y., 12203
Imprisonment, that the forgoing is true, and
I understand that this document may be filed
In an action or proceeding in a court of law.