UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In re:  HEIDI LYNN BENJAMIN,

Debtor.

**AMENDED
NOTICE OF MOTION**
Chapter 7
CASE NO.: 25-10830-1-rel

---

**PLEASE TAKE NOTICE,** that upon the Application of Hinman, Howard & Kattell LLP, Paul C. Marthy of counsel, attorneys for Applicant, Titan Roofing, Inc., a secured creditor, together with the Exhibits annexed hereto, a motion will be made at a motion term of this Court located at the James T. Foley United States Courthouse, 445 Broadway, Suite 330, Albany, New York 12207 before the Honorable Patrick G. Radal, Justice of the United States Bankruptcy Court for the Northern District of New York, to be held on the 25th day of November, 2025 at 10:00 a.m., by personal appearance at the courthouse OR by video via Teams, for which pre-registration is required by 3:00 PM one business day before the hearing, (Go to https://www.nynb.uscourts.gov/Remote-Hearing-Appearances to register), or as soon thereafter as counsel can be heard, for an Order of this Court pursuant to Rule 4001 (a) of 11 USC § 362 which grants relief to Applicant from the automatic stay of proceeding to allow the Applicant to amend its Mechanic's Lien Foreclosure action to include the Debtor as the current Owner of the premises subject to the lien, and to allow the Mechanic's Lien Foreclosure action to proceed to Judgment of Foreclosure and Sale, together with such other and further relief as the Court deems just and proper.

**PLEASE TAKE NOTICE, PURSUANT TO LOCAL BANKRUPTCY RULE 9013-3 FOR THE NORTHERN DISTRICT OF NEW YORK, IF YOU INTEND TO OPPOSE THIS**

MOTION, WRITTEN OPPOSITION MUST BE FILED WITH THE CLERK OF THE COURT AND SERVED ON MOVANT'S COUNSEL AT LEAST SEVEN (7) DAYS PRIOR TO THE RETURN DATE. IF YOU DO NOT FILE AND SERVE WRITTEN OPPOSITION, NO HEARING WILL BE HELD ON THE RETURN DATE AND THE COURT MAY GRANT THE MOTION AS UNOPPOSED.

Dated:  October 20, 2025

Respectfully Submitted,

HINMAN, HOWARD & KATTELL LLP

By: _____
Paul C. Marthy (BR# 505437)
*Attorneys for Titan Roofing, Inc.*
10 Airline Drive, Suite 205
Albany, New York  12205
(518) 869-5552

To:    Clerk of the United States Bankruptcy Court
       Northern District of News York
       James T. Foley United States Courthouse
       445 Broadway, Suite 330
       Albany, New York  12207

       Elizabeth Fairbanks-Fletcher, Esq.
       Fairbanks Fletcher Law PLLC
       *Attorneys for Debtor*
       *Heidi Lynn Benjamin*
       178 Elm Street, Suite 4
       Saratoga Springs, New York 12866

       Philip J. Danaher, Trustee
       Law Office of Philip J. Danaher
       77 Troy Road
       East Greenbush, New York 12061

       United States Trustee
       Office of the United States Trustee
       Leo W. O'Brien Federal Building
       11A Clinton Avenue, Room 620
       Albany, New York 12207

Michael J. Reilly
73 Troy Road
East Greenbush, New York 12061

New York State Commissioner of Taxation and Finance
Civil Enforcement Division
W.A. Harriman Campus
Albany, New York 12227

New York State Department of Labor
Building 12
W. A. Harriman Campus
Albany, New York 12226

City of Troy, New York
433 River Street, Suite 5001
Troy, New York 12180

Family Danz Mechanical, LLC
404 North Pearl Street
Albany, New York 12207